**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:25-cr-059 |
| Eric Jason Faul, | ) | |
| | ) | |
| Defendant. | ) | |

On April 7, 2026, Defendant filed a motion requesting a detention hearing to consider his request to be release to Providence House's sober living facility near Watford City, North Dakota. (Doc. No. 125).

A detention hearing may be reopened "if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(2). The information provided by Defendant is new. Consequently, the court is inclined to reopen the detention hearing to consider Defendant's request.

Defendant's motion (Doc. No. 125) is **GRANTED**. The court shall schedule a detention hearing for Defendant on April 14, 2026, at 10:30 AM (Bismarck courtroom 2 to Fargo Courtroom 2 and the Heart of America Correctional and Treatment Center via video).

**IT IS SO ORDERED.**

Dated this 8th day of April, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court